UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                     Case No.

APPROXIMATELY $6,036.50 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $16,699.00 IN UNITED
STATES CURRENCY,

    Defendants.

**VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM**

    The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**Nature of the Action**

    1.    This is a civil action to forfeit properties to the United States of America, under 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841(a)(1).

**The Defendants In Rem**

    2.    The defendant property, approximately $6,036.50 in United States currency, was seized on or about November 8, 2018, from Darius McElroy at or near South 24th Street and West Morgan Avenue, Milwaukee, Wisconsin.

3. The defendant property, approximately $16,699.00 in United States currency, was seized on or about November 8, 2018, from Darius McElroy at 3XXX South 21st Street, Milwaukee, Wisconsin.

4. The defendant properties are presently in the custody of the High Intensity Drug Trafficking Area (HIDTA) in Milwaukee, Wisconsin.

**Jurisdiction and Venue**

5. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6. This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

7. Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

**Basis for Forfeiture**

8. The defendant property, approximately $6,036.50 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

9. The defendant property, approximately $16,699.00 in United States currency, is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

**Facts**

10. Heroin is a Schedule I controlled substance under 21 U.S.C. § 812.

11. Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

12. Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

13. Fentanyl is a Schedule II controlled substance under 21 U.S.C. § 812.

**November 8, 2018 traffic stop and arrest of Darius McElroy**

14. On November 8, 2018, Milwaukee police officers conducted a traffic stop on a Honda minivan at or near 3300 South 27th Street, Milwaukee, Wisconsin, for traffic violations.

15. Darius McElroy was the driver and sole occupant of the Honda minivan.

16. When officers approached the driver's side window of the minivan and told McElroy to exit the vehicle, McElroy put the vehicle into drive and sped away.

17. A short time later, McElroy struck the curb near the southwest corner of South 24th Street at West Morgan Avenue.

18. McElroy exited the vehicle and fled on foot into an alley.

19. Officers pursued McElroy and took him into custody near 2305 West Morgan Avenue in Milwaukee.

20. At the time of his arrest, McElroy had the following on his person:

    A. Approximately 10.92 grams of cocaine base, and

    B. Approximately $3,136.50 in United States currency.

21. Inside the minivan were the following:

    A. Three cell phones on the floorboard.

    B. A digital scale on the center console.

    C. Approximately 29.26 grams of heroin and fentanyl in a cup holder on the center console.

    D. Approximately $2,900 in the center console.

3

E. A Visa debit card in the name of Darius McElroy.

22. Total money seized during the traffic stop is the defendant approximately $6,036.50 in United States currency.

**November 8, 2018 execution of a search warrant at the residence of Darius McElroy**

23. On November 8, 2018, officers executed a search warrant at the residence of Darius McElroy, 3XXX S. 21st Street, Milwaukee, Wisconsin ("McElroy's residence").

24. No one was present during execution of the search warrant.

25. Below are some of the items that were inside McElroy's residence on November 8, 2018.

    A. In the living room:

        i. Approximately $785 in a grocery bag on the couch, and

        ii. Approximately $175 scattered about.

    B. In a first floor bedroom, approximately $272 on a shelf in the closet.

    C. In a hallway cabinet, a Mason jar with cocaine salt residue.

    D. In the kitchen, approximately 7.32 grams of marijuana.

    E. In the three-season room:

        i. Approximately 12.94 grams of marijuana, and

        ii. A checked luggage tag in the name of Darius McElroy.

    F. In a second floor bedroom:

        i. A money counter,

        ii. A bag of rubber bands,

        iii. A box of baggies,

        iv. A parking receipt showing the license plate number of Toyota Avalon,

        v. A loaded 40-caliber semi-automatic handgun,

    vi. Approximately $179 scattered around,

    vii. Approximately $13,020 rubber banded in $1,000 bundles inside a red bag in a crawl space above the bedroom, and

    viii. Approximately $1,970 rubber banded on a shelf.

  G. In a 2007 Dodge Nitro parked in the driveway:

    i. Approximately $298, and

    ii. A copy of McElroy's driver's license.

  H. In a 2018 Dodge Challenger parked in the garage:

    i. A digital scale with white powdery residue, and

    ii. A Bill of Sale for the Dodge Challenger showing it was purchased by Darius McElroy.

26. Total money seized from McElroy's residence is the defendant approximately $16,699.00 in United States currency.

**November 8, 2018 mirandized recorded statement of Darius McElroy**

27. On November 8, 2018, at approximately 4:54 p.m., officers conducted an interview of Darius McElroy (the "Interview").

28. The Interview was audio and video recorded.

29. Before conducting the Interview, an officer read Darius McElroy his Constitutional Miranda Rights. McElroy stated that he understood each of his rights and that he was willing to make a statement without a lawyer present.

30. During the Interview, Darius McElroy ("McElroy") admitted the following:

  A. McElroy had cocaine on his person when officers arrested him on November 8, 2018.

  B. McElroy sells cocaine.

  C. McElroy purchases about 14 grams of cocaine for $550 every four or five days.

5

D. McElroy was "fronted" the heroin and fentanyl that was in the Honda minivan on November 8, 2018.

E. McElroy intended to sell the heroin and fentanyl.

F. After selling the heroin and fentanyl, McElroy intended to pay back $1,500 to his source for the "fronted" heroin and fentanyl.

G. McElroy had about 15 grams of marijuana at his residence.

H. McElroy smokes marijuana nearly every day.

I. McElroy has been selling drugs for the past month or so from a Toyota Avalon, but McElroy sold that vehicle about one week ago. On November 8, 2018, McElroy was driving his girlfriend's Honda minivan.

**Cell phone data**

31. Below are summarized portions of the CHAT data on Darius McElroy's cell phone, number 414-552-0XXX ("McElroy's phone"), which phone was in the Honda minivan that Darius McElroy was driving on November 8, 2018, before the traffic stop and as he fled from the scene of the traffic stop.

   A. Messages on August 30, September 1, September 27, October 5, October 27, and November 3, 2018, to and from phone number 414-208-8XXX and McElroy's phone, setting up transactions in which McElroy sold controlled substances.

   B. Messages on August 31 and September 12, 2018, from phone number 262-269-9XXX to McElroy's phone, asking to buy controlled substances from McElroy.

   C. Messages on September 1, 2018, to and from phone number 414-202-6XXX and McElroy's phone, discussing McElroy picking up a controlled substance.

   D. Messages on September 2, 5, 7, 8, 10, 11, 16, 17, 20, 21, 24, 26, and 28, 2018; and October 1, 3, 4, 6, 7, 11, 12, 14, 15, 28, and 30, 2018, to and/or from phone number 414-234-2XXX and McElroy's phone, setting up transactions in which McElroy sold controlled substances.

   E. Messages on October 10 and October 21, 2018, to and from phone number 262-441-9XXX and McElroy's phone, discussing past transactions in

6

which McElroy sold controlled substances, and setting up a transaction in which McElroy sold a controlled substance.

F. Messages on October 18, 19, 22, 27, 28, 30, and 31, 2018; and November 1, 2, 3, 4, 5, 6, and 7, 2018, to and/or from phone number 414-484-6XXX and McElroy's phone, setting up transactions in which McElroy sold controlled substances.

### Darius McElroy's State Drug Charges

32. On November 12, 2018, Darius McElroy was charged in Milwaukee County Circuit Court, Case No. 18CF5378, with (1) possession of narcotics with intent to deliver, (2) possession of cocaine with intent to deliver, and (3) attempting to flee or elude an officer.

33. A plea hearing in Case No. 18CF5378 is scheduled for April 1, 2019.

### Warrant for Arrest In Rem

34. Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

### Claims for Relief

35. The plaintiff alleges and incorporates by reference the paragraphs above.

36. By the foregoing and other acts, the defendant property, approximately $6,036.50 in United States currency, was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

37. The defendant approximately $6,036.50 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

38. By the foregoing and other acts, the defendant property, approximately $16,699.00 in United States currency, was used or intended to be used in exchange for controlled

7

substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

39. The defendant approximately $16,699.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant properties be issued; that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed; that judgment declare the defendant properties to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and equitable, together with the costs and disbursements of this action.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

By: s/SCOTT J. CAMPBELL
SCOTT J. CAMPBELL
Assistant United States Attorney
Scott J. Campbell Bar Number: 1017721
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: scott.campbell@usdoj.gov

## Verification

I, Vincent Lopez, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 10 through 31 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 3/1/19       s/VINCENT LOPEZ
                   Vincent Lopez
                   Task Force Officer

# CIVIL COVER SHEET

JS 44 (Rev. 09/11)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ☐ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
APPROXIMATELY $6,036.50 IN UNITED STATES CURRENCY, ET AL.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT

**FORFEITURE/PENALTY:** ☒ 625 Drug Related Seizure of Property 21 USC 881

## V. ORIGIN
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC § 881(a)(6)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 03/01/2019
SIGNATURE OF ATTORNEY OF RECORD: s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-00316 Filed 03/01/19 Page 1 of 1 Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                  Case No.

APPROXIMATELY $6,036.50 IN UNITED
STATES CURRENCY, and

APPROXIMATELY $16,699.00 IN UNITED
STATES CURRENCY,

      Defendants.

## WARRANT FOR ARREST IN REM

To:    THE UNITED STATES MARSHAL
         Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 1st day of March, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the forfeiture of the above-named defendant properties pursuant to Title 21, United States Code, Section 881(a)(6), and which prays that process issue to enforce the forfeiture and to give notice to all interested parties to appear before the court and show cause why the forfeiture should not be decreed; and due proceedings being had, that the defendant properties be condemned and forfeited to the use of the United States of America.

YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the following defendant properties, which are presently in the custody of the High Intensity Drug Trafficking

Area in Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further order of this Court:

    A.    Approximately $6,036.50 in United States currency, which was seized on or about November 8, 2018, from Darius McElroy at or near South 24th Street and West Morgan Avenue, Milwaukee, Wisconsin, and

    B.    Approximately $16,699.00 in United States currency, which was seized on or about November 8, 2018, from Darius McElroy at 3XXX South 21st Street, Milwaukee, Wisconsin.

Dated this _____ day of _____, 2019, at Milwaukee, Wisconsin.

                      STEPHEN C. DRIES
                      Clerk of Court

        By: _____
                      Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2